IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LA FAMILIA NETWORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:06-CV-373 |
| v. ) | |
| ) | |
| THE INSPIRATIONAL NETWORK, INC., ) | |
| ) | |
| Defendant ) | |

THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal without Prejudice. [Docket # 18].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: August 28, 2007

Graham C. Mullen
United States District Judge